UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KENNY ANDRIKE,

        Plaintiff,

v.                                                    Case No. 8:11-cv-1939-T-24-AEP

MAPLE WAY COMMUNITY, INC.,
ET AL.,

        Defendants.
_____/

## ORDER

This cause comes before the Court on two motions: (1) the parties' joint motion to extend the mediation deadline (Doc. No. 32) and (2) the parties' joint motion to extend the discovery and dispositive motion deadlines by two months (Doc. No.33).

The parties request that the Court extend the discovery and dispositive motion deadlines by two months, with the discovery deadline extended to December 19, 2012 and the dispositive motion deadline extended to January 21, 2013. While the Court will grant this motion, the Court must also move the pretrial conference and trial by two months so that the Court will have enough time to rule on any dispositive motions prior to the pretrial conference.

The parties also ask to move the mediation deadline from November 1, 2012 to January 1, 2013. However, the parties also state that they intend to conduct mediation and Plaintiff's deposition on back-to-back days. Since the new discovery deadline is December 19, 2012, the mediation deadline will not be set after that date, given that the parties intend to conduct mediation and Plaintiff's deposition on back-to-back days. Accordingly, this motion is granted to the extent that the mediation deadline is extended to December 19, 2012.

The parties have agreed to mediate with Mark Hanley.  Plaintiff is directed to file a notice by November 1, 2012 that informs the Court of the date of the parties' mediation with Mark Hanley.

Accordingly, it is ORDERED AND ADJUDGED that:

(1) The parties' joint motion to extend the mediation deadline (Doc. No. 32) is **GRANTED** to the extent that the mediation deadline is extended to December 19, 2012.

(2) The parties' joint motion to extend the discovery and dispositive motion deadlines (Doc. No.33) is **GRANTED**.

(3) No further extensions to these deadlines will be given.  The Court will issue an amended scheduling order.

(4) Plaintiff is directed to file a notice by November 1, 2012 that informs the Court of the date of the parties' mediation with Mark Hanley.

**DONE AND ORDERED** at Tampa, Florida, this 11th day of September, 2012.

Susan C. Bucklew
SUSAN C. BUCKLEW
United States District Judge

Copies to:
All parties and Counsel of Record

2